Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Petitioner Joseph Antonetti

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **JOSEPH ANTONETTI**, | Case No. 3:17-cv-00621-MMD-VPC |
| Petitioner, | |
| vs. | **[PROPOSED] ORDER FOR EXTENSION OF TIME** |
| **FILSON, et al.**, | |
| Respondents. | |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Petitioner shall have until May 4, 2018 to file an amended petition in the above case..

IT IS SO ORDERED.

Dated March 6 , 2018  _____

HON. MIRANDA M. DU

UNITED STATES DISTRICT JUDGE