UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>FILSON, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00621-MMD-VPC<br><br>ORDER |

Before the Court is Petitioner's motions for extension of time to file an amended petition (ECF Nos. 13 and 14). Counsel for petitioner indicates that Antonetti was recently transferred from custody in Arizona to Nevada, that counsel has had difficulty communicating with Petitioner recently due to the transfer, and that counsel suspects that Antonetti has not yet been able review the voluminous files from previous counsel that were sent to Arizona. Counsel also notes that there are numerous grounds for relief, that the state-court record is very large, and that Antonetti is serving multiple consecutive sentences of life without the possibility of parole. Good cause appearing, the Court grants the extension.

This Court expressly advises Petitioner that, absent extraordinary circumstances, no further extensions will be granted.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 14) is granted. Petitioner must file his amended petition on or before September 28, 2018.

It is further ordered that Petitioner's motion for extension of time (ECF No. 13) is granted *nunc pro tunc*.

DATED THIS 17th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE