UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOSEPH ANTONETTI,

Petitioner,

v.

FILSON, *et al.*,

Respondents.

Case No. 3:17-cv-00621-MMD-CBC

ORDER

This 28 U.S.C. § 2254 petition for a writ of habeas corpus by Petitioner Joseph Antonetti is before the Court on motions for extension of time from both parties. The Court finds that good cause exists to grant both parties' motions.

It is therefore ordered that Petitioner's motion to extend time to file an amended petition (ECF No. 18) is granted *nunc pro tunc*.

It is further ordered that Respondents' four motions to extend time to file a responsive pleading (ECF Nos. 21, 22, 23, 24) are all granted *nunc pro tunc*.

DATED THIS 18th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE