UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSEPH ANTONETTI, | Case No. 3:17-cv-00621-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| FILSON, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' motion for extension of time to file an answer to Petitioner Joseph Antonetti's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 45.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file an answer (ECF No. 45) is granted. Respondents must file their answer on or before June 1, 2020.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT