UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSEPH ANTONETTI, | Case No. 3:17-cv-00621-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| FILSON, *et al.*, | |
| Respondents. | |

Before the Court are several motions by 28 U.S.C. § 2254 habeas corpus petitioner Joseph Antonetti seeking an extension of time to file a reply in support of his petition. The Court finds good cause exists to grant the motions.

It is therefore ordered that Petitioner's three motions for extension of time to file a reply in support of his petition (ECF Nos. 48, 49, 50) are all granted *nunc pro tunc*.

DATED THIS 26th Day of October 2020.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT